FILED

2024 Sep-12  AM 09:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **Randy Brackins El** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| **v.** | )    **Civil Action Number** |
| | ) |
| Bill Nelson, Administrator, National | ) |
| Aeronautics and Space Administration, and | ) |
| NASA, Agency | ) |
| **Defendant.** | ) |

### REQUEST FOR SERVICE BY
### CERTIFIED MAIL

Please serve the defendant(s )Bill Nelson, Administrator, National Aeronautics and Space Administration, and Agency at: NASA Marshall Space Flight Center Attn: Office of General Counsel, Marshall Space Flight Center Mail Code LS01 Huntsville, AL 35812

By certified mail pursuant to  Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Procedure 4( e )( 1 ).

*/s/Kimberly A. Ford*
Signature of Attorney